IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kirk Gross 01/09/87 64427037     *

F.C.I Gilmer

P.O Box 6000     *    Criminal Case No.: 1:18-cr-00529-CCB-1

Glenville, WV 26351

    *    Civil Case No.: CCB-20-551

(Full name, date of birth, identification #, address of movant)    (Leave blank. To be filled in by Court.)
v.

United States of America     *

### MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

1. Name and location of the court which entered the judgment/conviction being challenged.

   U.S District Court 101 W. Lombard street Baltimore, Maryland 21201

2. Date of judgment or sentencing.

   May 30th 2019

3. Length of sentence.

   192 months

4. Nature of offense (all counts).

   18:922(g)(1) Felon IN Possession of A Fire Arm

5. What was your plea? (check one)

   (a) Not Guilty    ☐
   (b) Guilty    ☑
   (c) Nolo Contendere    ☐
   If you entered different pleas to different counts or charges, explain.

   _____
   _____

6. Kind of trial (check one).

   (a) Jury    ☐
   (b) Judge Only    ☑

7. Did you testify at the trial?

   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?

   Yes ☐   No ☑

   If you answered yes, provide the following information:

   A. What grounds did you raise?

   _N/A_____

   _____

   B. What was the result?

   _N/A_____

   C. What was the date of the decision by the Court of Appeals?

   _N/A_____

9. Did you file a petition for writ of certiorari to the United States Supreme Court?

   Yes ☐   No ☑

   If you answered yes, what was the result?

   _N/A_____

   If you answered yes, what was the date of the decision by the Supreme Court?

   _N/A_____

10. Other than a direct appeal, have you filed any petitions, applications, or motions challenging this judgment in any federal court?

    Yes ☐   No ☑

11. If you answered yes, provide the following information for **each** petition, application, or motion:

   A. Name and location of the court where you filed.

   _____N/A_____

   B. Describe what you filed and the date on which it was filed.

   _____N/A_____

   C. What grounds did you raise?

   _____N/A_____

   _____

   _____

   D. What was the result?

   _____N/A_____

   E. What was the date of the decision?

   _____N/A_____

   F. Did you appeal the decision?

   Yes ☐   No ☑

   G. What was the result?

   _____N/A_____

   _____

   H. If you did not appeal any adverse decision, explain why you did not appeal.

   _____N/A_____

   _____

   _____

   _____

12. Do you CURRENTLY HAVE PENDING in any court any motion, petition, or appeal concerning the judgment being challenged in this petition?

    Yes ☐    No ☑

    If you answered yes, describe what you filed, when, where, and its current status.

    ____N/A_____

    _____

    _____

13. In most cases federal law requires that a motion to vacate or set aside judgment be filed within one (1) year of the date your conviction became final. 28 U.S.C. § 2255. If this motion is being filed more than one year after your conviction became final, explain why it is late and/or why you believe the one year limitations period does not apply.

    ____N/A_____

    _____

    _____

14. State BRIEFLY every ground on which you claim you are being held unlawfully. BRIEFLY summarize the facts supporting each ground. If necessary, you may attach additional pages.

    A. Ground One: ____N/A_____

    Supporting Facts: _____

    _____

    _____

    _____

    B. Ground Two: ____N/A_____

    Supporting Facts: _____

    _____

    _____

    _____

C. Ground Three: _____

   Supporting Facts: _____

   _____

   _____

   _____

D. Ground Four: _____

   Supporting Facts: _____

   _____

   _____

   _____

15. If any of the issues that you are raising in this motion have not been previously presented, explain which issues are being raised for the first time and why.

   _____N/A_____

   _____

   _____

16. Do you have any other sentence(s) to be served after you complete the sentence/commitment that is being challenged in this petition?

   Yes ☐   No ☑

   If you answered yes, provide the following information about each of your future sentences:

   A. Name and location of the court that imposed the sentence.

      _____N/A_____

   B. Length of the sentence. __N/A_____

   C. Have you filed, or do you intend to file, a petition or motion attacking this sentence?

      Yes ☐   No ☑

WHEREFORE, Movant prays that the Court grant him/her all relief to which he/she may be entitled in this action.

I declare under the penalties of perjury that the information above is true and correct.

SIGNED THIS 24th day of Febuary, 2020.

*Kirk Gross*
Signature

KirK Gross
Printed Name

P.o Box 6000 Glenville, WV 26351
Address

_____
Telephone Number

_____
Email Address

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Kirk Gross 01/09/87 64427037 *

F.C.I Gilmer

P.o Box 6000                              *   Criminal Case No.: 1:18-cr-00529-CCB-1

Glenville, WV 26351

_____               *   Civil Case No.: _____
*(Full name, date of birth, identification #, address of movant)*        *(Leave blank. To be filled in by Court.)*

v.

**United States of America**              *

### CERTIFICATE OF SERVICE

I hereby certify that on Febuary 24th, 2020, a copy of Motion to Vacate, Set Aside, or Correct sentence was mailed via first class mail, postage prepaid, to U.S District Court For the District of Maryland.

_Kirk Gross_
Signature

Kirk Gross
Printed Name

P.o Box 6000 Glenville, WV 26351
Address

_____
Telephone Number

_____
Email Address