FILED ___ ENTERED
LOGGED ___ RECEIVED
3/16/20
MAR 20 2020
CLERK, U.S. DISTRICT COURT BALTIMORE
DISTRICT OF MARYLAND
BY ___ DEPUTY

Kirk Gross 64427037
1:18-cr-00529-CCB-1

# ADDENDUM TO 2255 Filed Already

Honorable Judge Catherine C. Blake,

      I come to the court with new information concerning my 922G. In early 2019 the US Supreme Court ruled in a 922G (Relief) and, added that Predicate in which abides the US Attorney must Provide written material fact. That 2nd Amendment Rights were Non Existant. This being for the record I was never served this information maternally. For this I ask that my sentence be vacated and/or resentenced correctly. This new US Supreme Court Decision gives light that I was sentenced unconstitutionally.