Kirk Gross 64427037
1:18-CR-00529-CCB-1

# ADDENDUM TO 2255 Filed Already

MAR 24 2020

Honorable Judge, Catherine C. Blake,

I Come to the Court with new information concerning my 922G. In early 2019 the US supreme court ruled in a 922G. (Relief) and, added that Predicate in which abides the US Attorney must provide writen material fact that 2nd Amendment rights were NON Existant. This being for the record, I was never served this information materially. For this I ask that my sentence be vacated and/or resentenced correctly. This new US Supreme Court decision gives light that I was sentenced unconstitutionally.

Kirk Gross #64427037
Federal Correctional Institution
P.O Box 6000
Glenville, WV 26351

CHARLESTON WV 250

18 MAR 2020 PM 4 L

Clerk of Courts
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

21201-262915