IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Crim. No. CCB-18-0529 |
| | ) | |
| KIRK GROSS, | ) | |
| | ) | |
| Defendant | ) | |

## **NOTICE**

Pursuant to Standing Order 2023-03, the Office of the Federal Public Defender has reviewed the Defendant's pro se motion seeking a reduced sentence under 18 U.S.C. § 3582(c)(2) based on the retroactive application of Amendment 821. This Office will not be filing a supplement to the pro se motion.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the District of Maryland

 /s/ Sapna Mirchandani
SAPNA MIRCHANDANI
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 344-0600
sapna_mirchandani@fd.org